**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 19-cr-30045-SMY** |
| | ) | |
| **LEONARDO TAPIA, JR.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## <u>ORDER</u>

**YANDLE, District Judge:**

Following a guilty plea, Defendant Leonardo Tapia, Jr. was sentenced on October 29, 2020 to 68 months imprisonment and 5 years supervised release for conspiracy to distribute and possess with intent to distribute controlled substances (Count 1), possession with intent to distribute fentanyl (Count 2), and possession with intent to distribute heroin (Count 3) (Docs. 103, 104). Tapia subsequently moved for compassionate release pursuant to the First Step Act of 2018 due to the COVID-19 global pandemic (Doc. 117). On February 9, 2022, the undersigned denied Tapia's motion, finding that a waiver in his plea agreement barred compassionate release (Doc. 124).

Now pending before the Court is Tapia's second *pro se* motion for compassionate release, which the Court construes as a motion for reconsideration (Doc. 125). Tapia asserts that, although he is vaccinated, he remains at risk for contracting a COVID-19 variant. The Court finds no basis to reconsider its previous ruling. Not only does Tapia's plea agreement contain an enforceable waiver under *United States v. Bridgewater*, 995 F.3d 591, 594-95 (7th Cir. 2021), but Tapia has also been fully vaccinated. *See United States v. Broadfield*, 5 F.4th 801, 803 (7th Cir. 2021) ("A prisoner who can show that he is unable to receive a vaccine still may turn to [the compassionate

release] statute, but, for the vast majority of prisoners, the availability of a vaccine makes it impossible to conclude that the risk of COVID-19 is an 'extraordinary and compelling' reason for immediate release").  Accordingly, Defendant's Motion (Doc. 125) is **DENIED,** and Defendant's Motion for Status (Doc. 126) and Motion for Leave (Doc. 127) are **TERMINATED as MOOT**.

**IT IS SO ORDERED.**

**DATED:  July 19, 2023**

**STACI M. YANDLE**
**United States District Judge**